IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROSSI DEJOUR ARMSTEAD,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4728

_____/

Opinion filed December 17, 2014.

An appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Nancy A. Daniels, Public Defender, and Joanna A. Mauer, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Brittany Ann Rhodaback, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.  See Walton v. State, 106 So. 3d 522, 528 (Fla. 1st DCA 2013), rev. granted, 145 So. 3d 830 (Fla. 2014).

WOLF, BENTON, and MAKAR, JJ., CONCUR.